UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:19-cv-5939<br>)<br>) Honorable Elaine E. Bucklo |
| KEITH G. DAUBENSPECK, and GEOFFREY L. HOMER | )<br>)<br>) |
| Defendants. | )<br>) |

## FINAL JUDGMENT AS TO DEFENDANT HOMER

This matter coming before the Court on Plaintiff U.S. Securities and Exchange Commission's ("SEC") Motion for Civil Penalties and Entry of Final Judgment Against Defendant Homer (ECF No. 26), and pursuant to the Court's Memorandum Opinion and Order granting the SEC's motion in part (ECF No. 37):

I.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant Geoffrey L. Homer ("Defendant") shall pay a civil penalty in the amount of $83,604 to the SEC pursuant to Section 21A of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-1]. Defendant shall make this payment within 30 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the SEC, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money

1

order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Geoffrey Homer as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the SEC's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The SEC shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: July 6, 2020

                                                _____
                                                Hon. Elaine E. Bucklo
                                                UNITED STATES DISTRICT JUDGE